# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

DURRELL JOHNSON, : No. 81 EM 2023

Petitioner :

v. :

COMMON PLEAS COURT OF
PHILADELPHIA, :

Respondent :

## <u>ORDER</u>

**PER CURIAM**

**AND NOW**, this 8th day of February, 2024, the Application for Leave to File Original Process is GRANTED, and the "Petition Writ of Mandamus and Extraordinary Relief" is DENIED.